FILED
CHARLOTTE, N.C.

2005 JUN -1  AM 10: 57

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA,
Plaintiff,

)
)
)
)

v.                                                  )          ORDER
                                                    )
                                                    )
JOSEPH DERRICK ELLER                                )
Defendant.                                          )
                                                    )
DOCKET NO. 5:05CR-6 -V                              )
                                                    )

This matter coming on to be heard and the same having been heard by the undersigned Magistrate Judge presiding, and with the consent of the probation officer supervising the defendant,

IT IS HEREBY ADJUDGED, ORDERED AND DECREED that the defendant be permitted to travel from Ashe County, North Carolina to Eladora, Ohio between the dates of 7 June 2005 and 12 June 2005. The defendant shall report to his probation officer Scott Lunsford within 24 hours of his return to Charlotte.

This the _____1st_____ day of June, 2005.

_____
Magistrate Judge